Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Maria De Lourdez Corrales

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

MARIA DE LOURDEZ CORRALES,   )   Case No.: 2:19-cv-03226-JLS-DFM
                              )
                              )   ORDER OF DISMISSAL
           Plaintiff,     )
                              )
      vs.                 )
                              )
ANDREW SAUL,              )
Commissioner of Social Security,  )
                              )
           Defendant.    )
                              )

      The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

      IT IS SO ORDERED.

DATE: December 18, 2019

_____
THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

DATE: December 11, 2019          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY:_____
Cyrus Safa
Attorney for plaintiff Maria De Lourdez Corrales